UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


COOK INCORPORATED,                          )
                                            )
                    Plaintiff,              )
                                            )
            v.                              )     CASE NO. 1:09-cv-01248-WTL-TAB
                                            )
ENDOLOGIX, INC.,                            )
                                            )
                    Defendant.              )


**ORDER DENYING PLAINTIFF'S MOTION TO LIFT STAY**

This cause is before the Court on Plaintiff's motion to lift stay [Docket No. 40], to which

Defendant objects.  The Court previously stayed this action following briefing and oral argument

because the Patent and Trademark Office ("PTO") was reexamining the patents at issue in this

litigation.  [Docket No. 39.]   The '706 patent has now emerged unscathed from the PTO review,

but review of the '777 patent continues.  For the reasons set forth in Defendant's objection, the

Court denies Plaintiff's motion to lift stay.

Specifically, the previous stay was based upon the pending PTO action on both the '706

and '777 patents.  While review of the '706 patent has concluded, review of the '777 patent

continues.  Plaintiff brought this single action to challenge both patents, which are part of a

single product.  [Docket No. 42 at 7-8.]  So the ongoing review of the '777 patent remains a

hurdle to lifting the stay.  Proceeding otherwise risks duplicating these proceedings and

increasing costs.  In addition, as noted in the original stay order, Plaintiff struggles to show how

delay will result in undue prejudice given that the '706 patent has expired and the '777 patent will

expire relatively soon.  [Docket No. 39 at 3.]  Finally, the PTO's expedient review of the '706

patent suggests that the '777 patent will receive similar treatment.

For these reasons, and as more fully set forth in Defendant's objection, Plaintiff's motion to lift stay [Docket No. 40] is denied.

Dated: 04/12/2010

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Daniel K. Burke
HOOVER HULL LLP
dburke@hooverhull.com

Randy Lee Campbell Jr.
BRINKS HOFER GILSON & LIONE
rcampbell@usebrinks.com

Kelly J. Eberspecher
BRINKS HOFER GILSON & LIONE
keberspecher@brinkshofer.com

J. David Evered
John B. Sganga Jr.
Joshua J. Stowell
KNOBBE MARTENS OLSON & BEAR, LLP.
2040 Main Street
Fourteenth Floor
Irvine, CA 92614

Andrew W. Hull
HOOVER HULL LLP
awhull@hooverhull.com

Richard A. Kaplan
BRINKS HOFER GILSON & LIONE
rkaplan@usebrinks.com

Bradley G. Lane
BRINKS HOFER GILSON & LIONE
blane@brinkshofer.com

Danielle Anne Phillip
BRINKS HOFER GILSON & LIONE
dphillip@brinkshofer.com