UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK INCORPORATED, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 1:09-cv-1248 WTL-TAB |
| | ) | |
| ENDOLOGIX, INC., | ) | |
|     Defendant. | ) | |
| | ) | |
| ENDOLOGIX, INC., | ) | |
|     Counterclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COOK INCORPORATED, | ) | |
|     Counterdefendant. | ) | |

## ORDER GRANTING AGREED MOTION TO VACATE

Defendant/Counterclaim, Endologix, Inc., by counsel, having moved the Court for an Order vacating the Court's June 11, 2010 Orders (1) granting the pro hac vice admissions of Alan L. Barry, Sanjay K. Murthy, Louis C. Cullman, and Sara N. Kerrane of K&L Gates, LLP [Dkt. Nos. 60-63]; and (2) granting leave for the withdrawal of John B. Sganga, Jr., J. David Evered, and Joshua J. Stowell of the law firm Knobbe, Martens, Olson & Bear, LLP [Dkt. No. 59], and the Court, having reviewed this Motion and being duly advised, now finds that said Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the June 11, 2010 Orders (1) granting the pro hac vice admissions of Alan L. Barry, Sanjay K. Murthy, Louis C. Cullman, and Sara N. Kerrane of K&L Gates, LLP [Dkt. Nos. 60-63]; and (2) granting leave for the withdrawal of John B. Sganga, Jr., J. David Evered, and

Joshua J. Stowell of the law firm Knobbe, Martens, Olson & Bear, LLP [Dkt. No. 59] are hereby vacated.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that John B. Sganga, Jr., J. David Evered, and Joshua J. Stowell of the law firm Knobbe, Martens, Olson & Bear, LLP shall continue as counsel for the Defendant/Counterclaimant, Endologix, Inc.

Dated: __06/15/2010__

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

**Distribution List**

Andrew W. Hull
Hoover Hull LLP
awhull@hooverhull.com

John B. Sganga, Jr.
Knobbe, Martens, Olson & Bear, LLP
john_sganga@kmob.com

Joshua J. Stowell
Knobbe, Martens, Olson & Bear, LLP
joshua_stowell@kmob.com

Kelly Eberspecher
Brinks Hofer Gilson & Lione
keberspecher@brinkshofer.com

Sara N. Kerrane
K&L Gates LLP
sara.kerrane@klgates.com

Sanjay K. Murthy
K&L Gates LLP
sanjay.murthy@klgates.com

Daniel K. Burke
Hoover Hull LLP
dburke@hooverhull.com

J. David Evered
Knobbe, Martens, Olson & Bear, LLP
jdavid_evered@kmob.com

Randy L. Campbell, Jr.
Brinks Hofer Gilson & Lione
rcampbell@brinkshofer.com

Alan L. Barry
K&L Gates LP
alan.barry@klgates.com

Louis C. Cullman
K&L Gates LLP
louis.cullman@klgates.com

550059