UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK INCORPORATED, | ) |
| Plaintiff, | ) ) |
| vs. | ) NO. 1:09-cv-01248-TWP -TAB |
| ENDOLOGIX, INC., | ) ) ) |
| Defendant. | ) ) |

## SCHEDULING ORDER

Having approved the Case Management Plan as amended, and noting Magistrate Baker's recommendation, the Court hereby sets this case for a **Markman Hearing on Tuesday, February 8, 2011, at 9:00 a.m.**, in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

IT IS SO ORDERED.

DATED: 07/21/2010

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to:

Daniel K. Burke
HOOVER HULL LLP
dburke@hooverhull.com

Randy Lee Campbell Jr.
BRINKS HOFER GILSON & LIONE
rcampbell@usebrinks.com

Kelly J. Eberspecher
BRINKS HOFER GILSON & LIONE
keberspecher@brinkshofer.com

John David Evered
KNOBBE MARTENS OLSON & BEAR, LLP.
2jde@kmob.com

Andrew W. Hull
HOOVER HULL LLP
awhull@hooverhull.com

Richard A. Kaplan
BRINKS HOFER GILSON & LIONE
rkaplan@usebrinks.com

Bradley G. Lane
BRINKS HOFER GILSON & LIONE
blane@brinkshofer.com

Danielle Anne Phillip
BRINKS HOFER GILSON & LIONE
dphillip@brinkshofer.com

John B. Sganga Jr,
KNOBBE MARTENS OLSON & BEAR, LLP.
2jbs@kmob.com

Joshua J. Stowell
KNOBBE MARTENS OLSON & BEAR, LLP.
2jys@kmob.com