UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK INCORPORATED, )<br>  Plaintiff, )<br> )<br>  v. )<br> )<br>ENDOLOGIX, INC., )<br>  Defendant. )<br>_____ )<br>ENDOLOGIX, INC., )<br>  Counterclaimant, )<br> )<br>  v. )<br> )<br>COOK INCORPORATED, )<br>  Counterdefendant. )<br> ) | CIVIL ACTION NO.: 1:09-cv-1248 TWP-DKL |

## **ORDER**

This Court, having received the parties' "Agreed Motion Granting Leave to Plaintiff to File Amended Final Infringement Contentions, and to Defendant to File Amended Final Invalidity Contentions," and the Court having duly considered the same, it is hereby:

ORDERED that the Agreed Motion is GRANTED.

1. The Amended Infringement Contentions attached to the Agreed Motion shall be deemed as filed and served as of January 30, 2012.

2. The Amended Invalidity Contentions attached to the Agreed Motion shall be deemed as filed and served as of January 30, 2012.

IT IS SO ORDERED.

Dated: 01/31/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

- 1 -

- 2 -

**SERVICE LIST**

Daniel K. Burke,
HOOVER HULL LLP
dburke@hooverhull.com

Randy Lee Campbell Jr.
BRINKS HOFER GILSON & LIONE
rcampbell@usebrinks.com

Joseph S. Cianfrani
KNOBBE MARTENS OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614

Kelly J. Eberspecher
BRINKS HOFER GILSON & LIONE
keberspecher@brinkshofer.com

John David Evered
KNOBBE MARTENS OLSON & BEAR, LLP
2jde@kmob.com

Andrew W. Hull
HOOVER HULL LLP
awhull@hooverhull.com

Bradley G. Lane
BRINKS HOFER GILSON & LIONE
blane@brinkshofer.com

Danielle Anne Phillip
BRINKS HOFER GILSON & LIONE
dphillip@brinkshofer.com

John B. Sganga Jr.
KNOBBE MARTENS OLSON & BEAR, LLP
2jbs@kmob.com

Joshua Stowell
KNOBBE MARTENS OLSON & BEAR, LLP
2jys@kmob.com