UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK INCORPORATED Corporate Parent COOK GROUP INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ENDOLOGIX, INC., | ) ) |
| Defendant. | ) ) No. 1:09-cv-01248-TWP-DKL ) |
| ENDOLOGIX, INC., | ) ) |
| Counter Claimant, | ) ) ) |
| vs. | ) ) |
| COOK INCORPORATED, | ) ) ) |
| Counter Defendants. | ) ) |

ORDER ON EXPEDITED BRIEFING

Due to the upcoming trial date, the Court orders expedited briefing on Defendant's, Endologix, Inc., Motion for Leave to File Motion for Summary Judgment of No Contractual Estoppel and No Willful Infringement (Dkt. 264). The response in opposition is due Friday, August 17, 2012. The reply in support (if any) is due by noon Monday, August 20, 2012.

Date: 08/14/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Daniel K. Burke
HOOVER HULL LLP
dburke@hooverhull.com,fgipson@hooverhull.com

Joseph S. Cianfrani
KNOBBE MARTENS OLSON & BEAR, LLP
joseph.cianfrani@kmob.com

Kelly J. Eberspecher
BRINKS HOFER GILSON & LIONE
keberspecher@brinkshofer.com

John David Evered
KNOBBE MARTENS OLSON & BEAR, LLP.
2jde@kmob.com,jennifer.ratwani@kmob.com

Ralph J. Gabric
BRINKS HOFER GILSON & LIONE
rgabric@brinkshofer.com,cbeam@brinkshofer.com

Andrew W. Hull
HOOVER HULL LLP
awhull@hooverhull.com,fgipson@hooverhull.com

Bradley G. Lane
BRINKS HOFER GILSON & LIONE
blane@brinkshofer.com,federalcourts@brinkshofer.com

Bryan John Leitenberger
BRINKS HOFER GILSON & LIONE
bleitenberger@brinkshofer.com

Danielle Anne Phillip
BRINKS HOFER GILSON & LIONE
dphillip@brinkshofer.com,danielle.a.phillip@gmail.com

Jason W. Schigelone
BRINKS HOFER GILSON & LIONE
jschigelone@brinkshofer.com

John B. Sganga , Jr
KNOBBE MARTENS OLSON & BEAR, LLP.
2jbs@kmob.com

Joshua J. Stowell
KNOBBE MARTENS OLSON & BEAR, LLP.
2jys@kmob.com