**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| COOK INCORPORATED, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| v. | ) | No.: 1:09-cv-1248-TWP-DKL |
| | ) | |
| ENDOLOGIX, INC., | ) | |
| | ) | |
| Defendant/Counter-Claimant. | ) | |

**DECLARATION OF BRYAN J. LEITENBERGER IN SUPPORT OF COOK'S MOTION FOR CLARIFICATION REGARDING THE COURT'S CLAIM CONSTRUCTION FOR THE "SAID SET OF EYES" LIMITATION IN CLAIM 12 OF U.S. PATENT 5,035,706**

Pursuant to 28 U.S.C. § 1746, I, Bryan J. Leitenberger, hereby declare as follows:

1. I am an attorney at Brinks Hofer Gilson & Lione and counsel of record for Cook Incorporated in the above-captioned action. I have personal knowledge of the facts contained within the following paragraphs, and could and would competently testify thereto if called as a witness in a court of law.

2. I submit this declaration in support of Cook's Motion For Clarification Regarding The Court's Claim Construction For The "Said Set Of Eyes" Limitation In Claim 12 Of U.S. Patent No. 5,035,706.

3. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,035,706, and Ex Parte Reexamination Certificate, which was marked as Exhibit 615 at the deposition of Charles A. Taylor.

4. Attached hereto as Exhibit B is a true and correct copy of an excerpt of FABER ON MECHANICS OF PATENT CLAIM DRAFTING (6th ed. 2009).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of September, 2012.

/s/ Bryan J. Leitenberger
Bryan J. Leitenberger

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Andrew W. Hull
Daniel K. Burke
HOOVER HULL LLP
E-mail:ahull@hooverhull.com
dburke@hooverhull.com

John B. Sganga, Jr.
Joseph Cianfrani
J. David Evered
Joshua J. Stowell
KNOBBE, MARTENS, OLSON & BEAR, LLP
E-mail:john_sganga@kmob.com
joe.cianfrani@kmob.com
jdavid_evered@kmob.com
joshua_stowell@kmob.com

/s/ Bryan J. Leitenberger
Attorney for Plaintiff,
COOK INCORPORATED