# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **COOK INCORPORATED,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CAUSE NO. 1:09-cv-1248-TWP-DKL |
| | ) |
| **ENDOLOGIX, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ENTRY

On September 10, 2012, this Court previously denied three of Plaintiff Cook Incorporated's ("Cook") *Motions to File Under Seal*. [See Motions Doc. 261, 295, 314; See Entries Doc. 334, 336, and 337.] The Court maintained the various documents under provisional seal, and allowed the parties an opportunity (seven days from the date of the earlier entries) to make a good faith showing that these documents should be maintained under seal. Neither party responded within the specified period. [See Doc. 334, 336, and 337.]

Accordingly, the Court **ORDERS** the Clerk to lift the seal on the following documents: Doc. 256, 256-1, 257, 257-1, 257-2, 257-3, 257-4, 258, 258-1, 260, 289, 291, 291-1, 291-2, 291-3, 293, 294, 312, and 313.

Dated:  09/27/2012

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

1

Distributed to:

Daniel K. Burke
HOOVER HULL LLP
dburke@hooverhull.com

Joseph S. Cianfrani
KNOBBE MARTENS OLSON & BEAR, LLP
joseph.cianfrani@kmob.com

Kelly J. Eberspecher
BRINKS HOFER GILSON & LIONE
keberspecher@brinkshofer.com

John David Evered
KNOBBE MARTENS OLSON & BEAR, LLP.
2jde@kmob.com

Ralph J. Gabric
BRINKS HOFER GILSON & LIONE
rgabric@brinkshofer.com

Andrew W. Hull
HOOVER HULL LLP
awhull@hooverhull.com

Bradley G. Lane
BRINKS HOFER GILSON & LIONE
blane@brinkshofer.com

Bryan John Leitenberger
BRINKS HOFER GILSON & LIONE
bleitenberger@brinkshofer.com

Danielle Anne Phillip
BRINKS HOFER GILSON & LIONE
dphillip@brinkshofer.com

Emily K. Sauter
KNOBBE MARTENS OLSON & BEAR, LLP
emily.sauter@knobbe.com

Jason W. Schigelone
BRINKS HOFER GILSON & LIONE
jschigelone@brinkshofer.com

John B. Sganga Jr,
KNOBBE MARTENS OLSON & BEAR, LLP.
2jbs@kmob.com

Joshua J. Stowell
KNOBBE MARTENS OLSON & BEAR, LLP.
2jys@kmob.com